UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Defendant. | Case No. 23-cv-00065-JSW<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 27 |

On September 5, 2023, the Court granted Defendant's motion to dismiss, with leave to amend by September 29, 2023. Plaintiff, who is proceeding *pro se*, has not filed an amended complaint. Defendant asks the Court to dismiss this case with prejudice, citing *Farr v. Pacific Gas & Electric Co.*, No. 21-cv-8099-JSW, 2022 WL 2468461 (N.D. Cal. July 6, 2022). (*See* Dkt. No. 28.) The plaintiff in the *Farr* case was represented by counsel, and when the Court considers the relevant factors, it concludes the less drastic sanction of dismissal without prejudice is warranted in this case. *See Yourish v. Cal. Amplifier*, 191 F.3d 983, 990 (9th Cir. 1999).

Accordingly, the Court DISMISSES this case without prejudice for failure to comply with the deadline set by the Court. *See* Fed. R. Civ. P. 41(b). The Clerk shall close this file.

**IT IS SO ORDERED**.

Dated: October 5, 2023

_____
JEFFREY S. WHITE
United States District Judge